UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

Cesar Rivera,

       Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
**06 Cr. 734 (KMK)**

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney for the
        Southern District of New York

by:      /s/
      JESSICA A. MASELLA
      Assistant United States Attorney
      Phone: (212) 637-2288
      Fax: (212) 637-0084

TO:   All Counsel, Esq.
        By ECF