UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7\11\07

---

**United States of America**

**-v-**

**Cesar Rivera,**
                    **Defendant.**

Case No.

06 -CR-734  (KMK)

AMENDED ORDER
SETTING SENTENCE DATE

---

KENNETH M. KARAS, District Judge:

IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Thursday, August 9, 2007 at 11:30am in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

Dated: July  ‖  , 2007
        New York, New York

KENNETH M. KARAS
UNITED   STATES   DISTRICT   JUDGE

Any request for adjournment must be made in writing at least three  business days prior to the scheduled appearance.  Adjournments will be  granted only upon consent of all parties and upon good cause shown.