UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**United States of America**

-v-

**Cesar Rivera,**
              **Defendant.**

Case No.
06 -CR-734  (KMK)

2nd AMENDED ORDER
SETTING SENTENCE DATE

<u>KENNETH M. KARAS, District Judge</u>:

       IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Wednesday, September 26, 2007 at 3:30pm in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

Dated: July  12 , 2007
       New York, New York

                                KENNETH M. KARAS
                                UNITED   STATES   DISTRICT   JUDGE

<u>Any request for adjournment must be made in writing at least three  business days prior to the scheduled appearance.  Adjournments will be granted only upon consent of all parties and upon good cause shown.</u>