```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**United States of America**

-v-

**Cesar Rivera,**
         **Defendant.**

---

Case No.
06 CR 734 (KMK)

ORDER SETTING
SENTENCE DATE

KENNETH M. KARAS, District Judge:

      IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Monday, November 5, 2007 at 10:30am in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.
      Defendant's pre-sentence memoranda is to be received in Chambers not later than 5pm on October 22. Government's reply, if any, is to be received in Chambers not later than 5pm on October 29.

Dated: September 12, 2007
      White Plains, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE

Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.